**QUALCOMM INCORPORATED,**
Appellant,

v.

**INTERNATIONAL TRADE COMMISSION,**
Appellee,

and

**Nokia Corporation and Nokia Inc., Intervenors.**

No.  2008–1318.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2008.

Clint A. Gerdine, Andrea C. Casson, James M. Lyons, U.S. International Trade Commission, Washington, DC, for Appellee.

Charles K. Verhoeven, Quinn Emanuel Urquhart Oliver, San Francisco, CA, Paul F. Brinkman, Alston & Bird LLP, Washington, DC, Keith E. Broyles, John D. Haynes, Alston & Bird LLP, Atlanta, GA, Ryan S. Goldstein, Patrick M. Shields, Kathleen M. Sullivan, Quinn Emanuel Urquhart Oliver, Los Angeles, CA, for Intervenors.

Carter G. Phillips, Sidley Austin LLP, Stephen B. Kinnaird, Paul, Hastings, Janofsky & Walker, Washington, DC, for Appellant.

## ON MOTION

### *ORDER*

Qualcomm Incorporated moves to dismiss its appeal.  Qualcomm states that the International Trade Commission and Nokia Corporation et al. consent.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.

(2)  All sides shall bear their own costs.